UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-02004-NYW

RICK MARTIN,

    Plaintiff,

v.

BATLINER DENTAL HEALTH, PLLC,
JOHN DOE 1 (a/k/a BATLINER DENTAL HEALTH GROUP HEALTH PLAN),
MY LOCAL COLORADO DENTAL PRACTICE, LLC, and
JOHN DOE 2 (a/k/a MY LOCAL COLORADO DENTAL PRACTICE GROUP HEALTH PLAN a/k/a PEAK DENTAL SERVICES GROUP HEALTH PLAN)

    Defendants.

## STIPULATION FOR DISMISSAL OF CERTAIN CLAIMS AND NOTICE OF DISMISSAL OF REMAINING CLAIMS

Pursuant to Fed. R. Civ. P. 41(1)(A)(ii), Plaintiff, Rick Martin ("Martin"), and Defendant, Batliner Dental Health, PLLC ("Batliner"), through their counsel, hereby stipulate and agree that, as between Martin and Batliner, the above-captioned matter has been fully settled and this cause of action and any cause of action against Batliner by Martin shall be dismissed with prejudice, each party to pay their own costs, attorneys' fees and expenses.

And pursuant to Fed. R. Civ. P. 41(1)(A)(i), Plaintiff, Rick Martin, also notifies the Court of dismissal of the remainder of this action without prejudice, specifically the claims against John Doe 1 (a/k/a Batliner Dental Health Group Health Plan), My Local Colorado Dental Practice, LLC, and John Doe 2 (a/k/a My Local Colorado Dental Practice Group Health Plan a/k/a Peak Dental

Services Group Health Plan), which have not responded to this action, each party to pay their own costs, attorneys' fees and expenses.

Respectfully submitted this 8th day of September 2020 by:

| LOWREY PARADY LEBSACK, LLC | POLSINELLI, PC |
|---|---|
| *s/ J. Bennett Lebsack* | *s/ Mary E. Kapsak Donald L. Samuels* |
| J. Bennett Lebsack | Mary E. Kapsak |
| 1490 N. Lafayette Street, Ste. 304 Denver, CO 80218 | 1401 Lawrence Street, Suite 2300 Denver, Colorado 80202 |
| Tel: (303) 593-2595 | Tel.: (303) 572-9300 |
| Fax: (303) 502-9119 ben@lowrey-parady.com | dsamuels@polsinelli.com mkapsak@polsinelli.com |
| Attorney for Rick Martin | Attorneys for Batliner Dental Health, PLLC |

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of September 2020, I served the foregoing Stipulation for Dismissal via CM/ECF as follows:

Mary E. Kapsak
Donald Samuels
Polsinelli, PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202

*/s/ Carol Allen*
Carol Allen

74684677.1

74694142.1